UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                        CASE NO. 06 B 16063
  AMY M KAAWA
                                              CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

        Debtor
  SSN XXX-XX-8531
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/06/06 and confirmed on 02/22/07.

   2.  The case was dismissed after confirmation, 02/07/2008.

   3.  The Debtor paid a total of $  17429.64 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 19350.03 | .00 | 13200.44 |
| HARRIS BANK CONSUMER LOA | SECURED | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | MORTGAGE ARRE | 1288.82 | .00 | 886.33 |
| AFFILIATED RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 12311.40 | .00 | .00 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST NEUROPSYCHIATRIC | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| RADIOLOGY CONSULTANT LTD | UNSECURED | NOT FILED | .00 | .00 |
| OAK PARK HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY ANESTHESIOLOG | UNSECURED | 73.60 | .00 | .00 |

        Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 20638.85 | .00 | 12385.00 | .00 | 33023.85 |
| PRINCIPAL PAID | 14086.77 | .00 | .00 | .00 | 14086.77 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 14086.77 | .00 | .00 | .00 | 14086.77 |

The Debtor's attorney, RICHARD T JONES            , was allowed $  3000.00
and was paid $    500.00  direct  and $   2500.00  through the plan.

The Trustee received $     842.87 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 05/21/08                        /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                                PAGE   2
     CASE NO. 06 B 16063 AMY M KAAWA
```